UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LYNDA J. MEAD,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. C10-0082-RSM
           (CR08-137-RSM)

ORDER DENYING § 2255 MOTION

The Court, having reviewed petitioner's § 2255 motion, the government's response thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2255 motion is DENIED and this action is DISMISSED with prejudice; and

(3) The Clerk shall direct copies of this Order to petitioner, to the United States Attorney's Office, and to Judge Theiler.

DATED this 20 day of September 2010.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING § 2255 MOTION
PAGE -1